COA # 08-13-00125-CR     OFFENSE: 19.04

STYLE: Emmanuel Armendariz v. The State of Texas     COUNTY: El Paso

COA DISPOSITION: AFFIRMED     TRIAL COURT: 409th District Court

DATE: May 8, 2015     Publish: NO     TC CASE #: 20100D06116

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Emmanuel Armendariz v. The State of Texas

CCA #: _____

_APPELLANT'S_ Petition FOR DISCRETIONARY REVIEW IN CCA IS:
_Refused_

CCA Disposition: **646-15**

DATE: _Nov. 4, 2015_

JUDGE: _PC_

DATE: _____

JUDGE: _____

SIGNED: _____ PC: _____

PUBLISH: _____ DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____